## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CRAIG L. BLAND | : | CIVIL NO. 3:16CV01406(AWT) |
| V | : | |
| EMANUEL FRANCESCHI, ANGELA JACKSON, MALGORZATA ZUKOWSKA, CHRISTOPHER N. FONTAINE, THEODORE HOLMES, S. JOHAR NAQVI, CARLOS PADRO and RICHARD BUSH | : | SEPTEMBER 28, 2017 |

## SECOND AMENDED COMPLAINT

A.    Jurisdiction and Venue

1.    This is an action for damages brought pursuant to U.S. Const. amend VIII and 42 U.S.C. §1983.

2.    Jurisdiction of this Court over this controversy is conferred pursuant to 28 U.S.C. §1331, 1343.

3.    Venue is proper in this District because the actions complained of occurred within the District and all of the defendants may be found in the District.

B.    Parties – Plaintiff

4.    The plaintiff Craig L. Bland at the time of the occurrences complained of resided in the District as he was incarcerated at the State Correctional facility in New Haven, Connecticut.

C.      Parties – Defendants

5.      The claims against the following named defendants are brought against them in their individual capacities only and not against them as officials of the State of Connecticut or as agents thereof.

6.      Emanuel Franceschi, at all times relevant, a correctional officer at the New Haven Correctional Center.

7.      Angela Jackson, at all times relevant, a member of the health services staff at the New Haven Correctional Center.

8.      Malgorzata Zukowska, at all times relevant, a nurse and member of the health services staff at the New Haven Correctional Center.

9.      Christopher N. Fontaine, at all times relevant, a member of the health services staff at the New Haven Correctional Center.

10.      Theodore Holmes, at all times relevant, a correctional officer at the New Haven Correctional Center.

11.      S. Johar Naqvi, at all times relevant, a doctor and member of the health services staff at the New Haven Correctional Center.

12.      Carlos Padro, at all times relevant, a correctional officer at the New Haven Correctional Center.

13.      Richard Bush, at all times relevant, a health services administrator and member of the health services staff at the New Haven Correctional Center.

D.   Complaint

14.   On November 1, 2015 around 4:00 a.m., Defendant Franceschi a male correctional officer working 3rd shift in Restrictive Housing Unit ("R.H.U") accidently had me (the wrong inmate) escorted from R.H.U by correctional officer Elliott to medical to receive medicine from Health Service Staff ("H.S.S").

15.   Defendant Angela Jackson ("Angie") a female nurse working 3rd shift gave me inmate David Murphy #271825 prescribed medicine (see Exhibit A) in the presence of Defendant Margo a female nurse and two other correctional officers named Elliott and Reid who also witnessed the medical incident.

16.   After I consumed the medication, Defendant Jackson asked me "are you still detoxing because this is your last dose?" I yelled "no" and said "I never detoxed in my life!"

17.   Defendant Jackson then asked me "what's your name and inmate number?" realizing I was not Inmate David Murphy #271825 she contacted C/O Franceschi to have escorted to medical to receive medication.

18.   Then I asked nurses Jackson and Zukowska "what medication was given to me" thinking it was pain medication for an injury I sustained prior in the last week of October, 2015 and "what would happen to my safety?"

19.   Nurses Jackson and Zukowska would not answer any of the questions I had in regards to my health and safety while failing to inform me of any health problems that may affect my health and safety in the future or if any monitoring or follow-up care was in need.

20.    Nurses Jackson and Zukowska authorized the escorting C/O Elliott, to have me escorted back to R.H.U. without a Health Assessment after I was given prescribed medication outside a physician's order accidently.

21.    When I returned to my cell, I started to feel extremely dizzy becoming unstable. I immediately made C/O Franceschi aware of my severe dizziness and that "the walls feel like they're spinning" from medication accidently given to me by nurses Angie and Margo requesting immediate medical attention.

22.    C/O Franceschi then told me to lay down having concerns for my health and safety and that he would immediately contact the H.S.S. in regards to my health condition.

23.    After C/O Franceschi contacted the H.S.S., he told me the nurse who gave me the medication said "the medicine accidently given to Bland has no affects to his health or safety and that he couldn't be escorted back to medical" denying me access to medical for emergency treatment.

24.    After I repeatedly requested immediate medical attention, C/O Franceschi continuously denied me access to medical failing to act despite his own actual knowledge of a substantial risk of serious harm to my health and safety.

25.    Minutes later, I sustained a head and neck injury from losing consciousness. I immediately made C/O Franceschi aware that I loss conscious and that I fell hitting my head causing my forehead to bleed and again, he denied me access to medical because he was told by the H.S.S. not to allow me to be escorted to medical for emergency treatment.

4

26.     I began to vomit uncontrollably for the next 48 hours which affected my daily activities of eating and sleeping with a head injury that caused me severe pain and suffering.

27.     On November 1, 2 and 3, 2015, I notified all touring correctional officers and shift supervisors including Defendant Lieutenant Holmes and Defendant Lieutenant Carlos Padro in R.H.U. of my injuries and symptoms caused by medicine accidently given to me and was continued to receive no medical attention until the on duty shift supervisor Lieutenant Russell had me immediately escorted to medical on November 3, 2015 to receive medical care.

28.     Defendant Christopher N. Fontaine ("Fontaine") a male nurse denied me access to medical on various occasions while having access to my Medical Records to know if a Health Assessment was completed, if there was a follow-up given, required, or if I was monitored after the medical incident occurred.   Nurse Fontaine was forced by the shift supervisor Lieutenant Russell on November 3, 2015 to attend my medical needs after he refused to have me escorted to medical to receive medical attention.

29.     Nurse Fontaine told me "I'm not going to dance with you all day because you think you're sick or hurt" before denying me medical treatment without a Health Assessment or evaluation.   Then he had me escorted back to R.H.U. because he didn't approve me to be seen for medical care and he failed to document my medical visit in my Health Records.

30.     During November 1, 2 and 3, 2015, I wasn't seen or monitored at my cell by any H.S.S. for my health and safety while secured in R.H.U. when I suffered from a head injury which caused severe headaches and illness.

31.     The on-call Health Service Administrator Richard Bush and Dr. S. Johar Naqvi were made fully aware of the medical incident becoming exposed to information concerning an excessive risk to my health and safety (see Exhibit B).  They also failed to give the H.S.S. orders to have me hospitalized for my safety before I sustained a head injury and suffered from a severe illness after losing consciousness.  And, if or once they were notified by the H.S.S. of my symptoms of dizziness when I became unstable, they turned a blind eye to my illness ignoring the fact that I needed immediate medical attention.

32.     I filed Request Forms (see Exhibit C 1-16), Grievance (see Exhibit D) and Appeals (see Exhibit E 1-3) in regards to my injuries from this medical incident exhausting all Administrative Remedies for relief reaching an endpoint availing myself of every process at every turn to the best of my ability in a good faith effort.

33.     After 9 months with multiple visits to see physicians to related injuries from the medical incident dated November 1, 2015, I was prescribed two different pain medications (see Exhibit F) to help with my ongoing pain I continue to suffer from.

34.     All defendants acted with callous indifference to my serious medical needs causing pain and suffering.

E.     <u>Request for Relief</u>

The plaintiff requests the following by way of relief:  Compensatory damages in the amount of $200,000.00 against each defendant jointly and severally, punitive damages in the amounts of $100,000 against <u>Emanuel Franceschi</u> only, $150,000.00 against <u>Angela Jackson</u> only, $150,000.00 against <u>Malgorzata Zukowska</u> only, $30,000.00 against <u>Christopher N.</u>

Fontaine only, $20,000.00 against Theodore Holmes only, $20,000.00 against Carlos Padro

only, $40,000.00 against Dr. S. Jonar Naqvi, only, $40,000.00 against Richard Bush only,

cost and such other relief as the Court deems appropriate and just for injuries, severe mental

and emotions distress, deprivation of sleep, anxiety and brain damage in the total amount of

$250,000.00.

THE PLAINTIFF --

By:    /s/Richard F. Connors (ct04275)
       Richard F. Connors
       Richard F. Connors P.C.
       127 Washington Avenue
       P.O. Box 219
       North Haven, CT  06473
       Telephone (203) 234-0380
       Fax (203) 234-0379
       E-mail: rfconnorspc@snet.net
       Federal Bar No. ct04275

## **CERTIFICATION**

I hereby certify that on September 28, 2017, a copy of the foregoing Amended Complaint was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

Attorney Zenobia G. Graham-Days
Assistant Attorney General
110 Sherman Street
Hartford, CT  06405
Zenobia.graham-days@ct.gov


_____/s/Richard F. Connors (ct04275)
Richard F. Connors

Exhibit



# Medical Incident Report

CN 6602
REV 7/20/15

Connecticut Department of Correction

| Facility/Unit: Medical | | Report date: 11/1/15 | Time: 04:15 ☑ am ☐ pm |
|---|---|---|---|
| Name of patient: Bland Craig | | Inmate number (if applicable): 349231 | |
| Medical staff name   Jackson A | | | |
| Incident report submitted: ☑ yes ☐ no | Report number: | | Date: 11/1/15 |

**Treatment location:** Medical + foxthrot-

**Injury description:** Called foxthrot on 11/1/15 - for inmate Murphy # 27625 to come to medical for Med. Officer took inmate Bland # 349231 instead when it was almost close to DM clinic. Inmate accidentally took low dose of med, but there was no ill-effect.

**Assessment:** Inmate is stable

**Treatment administered:** Dr Naqvi and HSA - on call notified.

**Required follow-up:**

**Observations/remarks:** will Monitor

**Chemical agent review prior to planned use of force:**
The offender's health record was reviewed prior to planned use of force. There were no contraindications noted regarding or precluding the use of chemical agents (i.e. history of cardiac or respiratory condition, eye condition under active treatment, or documented prior severe and unexpected reaction to chemical agents).
Known contraindications based on review of health record? ☐ yes ☐ no

**Placement after treatment:**
☐ Inmate is cleared for General Population Placement       ☐ Inmate is cleared for Restrictive Housing Placement
☐ Inmate is not cleared for Restrictive Housing Placement   ☐ Other (specify):

| Patient signature: | Date: |
|---|---|
| Medical staff signature: | Date: 11/1/15 |
| Custody supervisor signature: | Date: |

Exhibit



HR401 REV.09/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

**CLINICAL RECORD**

| INMATE NUMBER | 34923 | DATE OF BIRTH 6-29-90 |
|---|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) Blan, Craig | | |
| SEX (M) F | RACE/ETHNIC (B) W H O | FACILITY NHCC |

| DATE / TIME | |
|---|---|
| 11-1-15 430AM ~730AM | S/O: Inmate accidentally was administered Suboxone 4mg SL, no ill effect, spoke to MD on call Dr. Naqvi, no new orders, refused vital signs wants "real doctor" ate 2 trays for breakfast 2 hrs after med was given, 730AM checked inmate alert and oriented, speech clear, still wants no nurse to check him HSA on call updated, supervisor updated, continue to monitor, half life for this med is 4 hrs, fully out in 8 hrs at dose 4mg SL / 186 lbs A/P: Currently stable, F/U as needed MI, ____ RN PA |
| 11/6/15 ___ 2:00pm MD | medical - chart review ER ____ review old x-rays, ___ @ ___ PT was given an Rx for tylenol no nurse sick call visits no need for f/u c PCO ___ Jonathan |
| 12/1/15 1:17pm MH | S: "I'm stressing, but I'm not gonna hang it up" O: I/m seen per self referral. I/m complained about needing medical attention. I/m complained about lawyer. denied SH-I c AVH. A: A&O x3, mood & affect WNL, speech coherent, ∅ overt signs of thought D.O. P: advised to sign up sick call w/as MH prn. Beverly Phillips-Burris, LCSW |
| | |
| | |

Exhibit





# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Craig Bland

Inmate number: 349231

Facility/Unit: **New Haven CCC**

Housing unit: F-L-11

Date: 11-6-15

Submitted to: Medical

Request: On Nov 1st, Nurse Angie and Margo gave me @ 4 mg of Buetamorphine / Soboxine which was another Inmates perscribed medicine. I was dizzy and sick throwing up for 48 hrs. During that time I notified the touring officer c/o Francheshi 10 minutes after I left medical taking the medicine Because I felt sick. He told me to lay down as I did. After I ~~got~~ got back up 5 minutes later I fell to the floor holding My head on the desk from the drug or Narcotic I was giving by the Nurses. c/o Francheshi did nothing after I told him I hit my head after passing out and told me I couldn't see Medical Because the medicine that was mistakenly giving to me had no effects and he thought

*continue on back if necessary*

Previous action taken: I Lied about my head Injury just to see medical! He denied me the proffer Medical Attention I deserve, after receiving ~~the~~ another inmates medicine. I STILL feel sick and I don't feel like myself. I would like the proffer Medical Attention I deserve. ✱ I sent the same request to Lt. Russell ~~about~~ this Please Help Situation ✱

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:

Date:

C-1

## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: Craig Bland | Inmate number: 349231 |

| Facility/Unit: **New Haven CCC** | Housing unit: F-L-11 | Date: 11-6-15 |

Submitted to: L.T Russell

Request: On Nov 1st Nurse Angie and Margo gave me 4 mg of Buctamorphine/soboxine which was another Inmates Perscribed medicine. I was dizzy and ~~restless~~ sick throwing up for 48 hrs. During that time I notified the Touring officer Francheshi 10 minutes after I left medical taking the medicine because I felt sick. He told me to lay down as I did. After I got back up 5 minutes later I ~~yelled~~ fell to the floor hitting my head on the desk ~~and~~ from the drug or narcotic I was giving by the Nurses. C/o Francheshi did nothing after I told him I hit my head after

continue on back if necessary

Previous action taken: Passing out and told me I couldn't See medical ~~and~~ Because the medicine that was mistakenly giving to me had no effects and he thought I lied about my head injury just to see medical!!! He denied me Medical Attendion. I still feel sick and I don't feel like myself. I would

continue on back if necessary

Acted on by (print name): like propper medical attention please Help.

Action taken and/or response:

continue on back if necessary

| Staff signature: | Date: |



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: _Craig Gland_

Inmate number: _349231_

Facility/Unit: **New Haven CCC**

Housing unit: _F-L-11_

Date: _11-12-15_

Submitted to: _Medical Supervisor_

Request: After asking multiple times to be put on the sick call list, I still have not been treated after prescribed medicine was given to me accidently by nurses I want to be treated as soon as possible. My neck hurts and my head has a cut that keeps opening which continues to hurt and I still feel sick to my stomach. I cant sleep at night and ~~nobody~~ nobody seems to want to help

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

continue on back if necessary

Staff signature:

Date:

C-3

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Craig Bland

Inmate number: 349231

Facility/Unit: **New Haven CCC**

Housing unit: F-L-11

Date: 11-14-15

Submitted to: Nursing Supervisor (Decampos)

Request: Can you please help me? Nobody is responding to my medical request involving nurses who gave me medicine accidently which causes me pain I've been suffering from. I want to be seen for treatment for my forehead and x-rays for my kneck and back.

please respond within (15) Business days

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

continue on back if necessary

Staff signature:

Date:

C-4

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| | |
|---|---|
| Inmate name: Craig Bland | Inmate number: 349231 |

Facility/Unit: **New Haven CCC**    Housing unit: F-L-11    Date: 11-15-15

Submitted to: Medical

**Request:**

After I hit my head on the desk I've been having headaches that won't let me go to sleep. I really need to see a doctor. I asked to sign up for Sick call and have not yet been seen. Am I still on the waiting list?

*continue on back if necessary*

**Previous action taken:**

*continue on back if necessary*

Acted on by (print name):    Title:

**Action taken and/or response:**

*continue on back if necessary*

Staff signature.    Date:

C-5

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: Craig Bland | Inmate number: 349231 |
|---|---|

| Facility/Unit: **New Haven CCC** | Housing unit: A - L - 2 | Date: 11-28-15 |
|---|---|---|

Submitted to: Nursing Supervisor 'Decampos'

Request: This is my second time writing you about not being seen for treatment after I hit my head on the desk after taking prescribed medicine not belonging to me. I seen you in the A.P. room and you said you didn't receive my request form and to write another 1. I need to be seen for X-rays for the pain in my **neck** and **back** and treatment for my head injury.

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

| Acted on by (print name): | Title: |
|---|---|

Action taken and/or response:

*continue on back if necessary*

| Staff signature: | Date: |
|---|---|

C-6

## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

| | |
|---|---|
| Inmate name: *Craig Bland* | Inmate number: *34923/* |

| | | |
|---|---|---|
| Facility/Unit: **New Haven CCC** | Housing unit: *A-L-2* | Date: *12-1-15* |

Submitted to: *medical*

**Request:**

I'm waking up in sweats and most days I can't sleep I think it's from the Prescribed medicine given to me Because this was not happening Before this Accident.

Respond within 15 Business days or I will write a grievance. I also made notes

*continue on back if necessary*

**Previous action taken:**

Please Sign up for sick call on your units assigned day.

*continue on back if necessary*

| | |
|---|---|
| Acted on by (print name): | Title: |

**Action taken and/or response:**

*continue on back if necessary*

| | |
|---|---|
| Staff signature: | Date: |

C-7



## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: _Craig C_     Inmate number: _____

Facility/Unit: _M-C 1_     Housing unit: _C 2_     Date: _3-22-16_

Submitted to: _Medical_

Request: _I've been having headaches for 4 months off and on, but now these headaches are becoming serious. My head throbs like a pulse from a heartbeat. And is causing a lot of pain._

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name): _Cummings_     Title: _RN_

Action taken and/or response _Seen 3-23-16?_

continue on back if necessary

Staff signature.     Date:

_C-8_

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Craig Bland

Inmate number: 34931

Facility/Unit: M-C-I

Housing unit: M 87

Date: 4-12-16

Submitted to: Medical

Request: I'm continuesly having severe headaches which I feel is getting worse. I submitted a request form about this issue 2 weeks ago 3/24/16 and was never seen. The request form I submitted states I was seen which is not true. I wish to be seen. I also feel sick and my body feels extremely weak.

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

Seen 4/19/16   D. Brown, RN

continue on back if necessary

Staff signature:

Date:

C-9

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: _Craig Bland_   Inmate number: _34923_

Facility/Unit: _m-c I_   Housing unit: _I 2-72_   Date: _6-13-16_

Submitted to: _Medical_

Request: Can I Please be seen. Im in a lot of pain and my headaches will not go away. I need more medicine.

Please respond to me within 15 business days. This is my 3rd request I've sent without a response!!

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name): _Gina Burn_   Title:

Action taken and/or response:

6/21/16 rescheduled 2° to time constraints
6/24 unable to see d/t time constraints _Lendee_ _sw_
6/24
6/30

*continue on back if necessary*

Staff signature: _____   Date: _6/28/16_

C-10

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Craig Bland

Inmate number: 349231

Facility/Unit: M-C-I

Housing unit: I 2 - 72

Date: 6 - 26 - 16

Submitted to: Medical

**Request:**

I need to be seen for headaches. I can't sleep at night. I was seen a month ago but no medication was prescribed or extended. I need to be seen asap.

continue on back if necessary

**Previous action taken:**

continue on back if necessary

Acted on by (print name):

Title:

**Action taken and/or response:**

continue on back if necessary

Staff signature:

Date:

C- 11



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: Craig Bland | Inmate number: 349231 |
|---|---|

| Facility/Unit: **New Haven CCC** | Housing unit: A-L-2 | Date: 11-28-15 |
|---|---|---|

Submitted to: Addiction Services

Request:

I will need to talk to addiction
services about signing up to join
classes due to feelings I've been having

**continue on back if necessary**

Previous action taken:

**continue on back if necessary**

| Acted on by (print name): | Title: |
|---|---|

Action taken and/or response.

**continue on back if necessary**

| Staff signature: E. Reshard | Date: |
|---|---|

C - 12

## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: Craig Bland | Inmate number: 349231 |

| Facility/Unit: **New Haven CCC** | Housing unit: | Date: |

Submitted to: Mental Health (Mrs. Lewis)

Request:

I would like to talk to you
about an incident that happened
on Nov. 1st containing a certain
issue involting problems I been having.

**continue on back if necessary**

Previous action taken:

**continue on back if necessary**

| Acted on by (print name): | Title: |

Action taken and/or response:

SEEN

**continue on back if necessary**

| Staff signature: Louis, LCSW | Date: 12/1/15 |

C-13

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: Craig Bland | Inmate number: 349231 |
|---|---|

| Facility/Unit: M-C-I | Housing unit: M2-87 | Date: 5-18-16 |
|---|---|---|

Submitted to: Mental Health

Request:

I need to see you about issues I'm
having related to medicine again.

continue on back if necessary

RECEIVED
MAY 2 0 2016

Previous action taken:

continue on back if necessary

| Acted on by (print name): J. Castro | Title: Csc |
|---|---|

Action taken and/or response: see note

continue on back if necessary

| Staff signature: J. C__ | Date: 5/23/16 |
|---|---|

C-14

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: | Craig Bland | Inmate number: | 34923 |

| Facility/Unit: | M-C-I | Housing unit: | I 2 - 72 | Date: | 7·8-16 |

Submitted to: Mental Health

**Request:**

need to talk with mental health about issues I'm having, i cant sleep and I cant stop thinking about the accidents I've had in the past with D.O.C staff.

JUL 11

*continue on back if necessary*

**Previous action taken:**

*continue on back if necessary*

| Acted on by (print name): | Sara Cyr | Title CSW |

**Action taken and/or response:**

Seen & noted

*continue on back if necessary*

| Staff signature: | Sara Cyr, LCSW | Date: 7/13/16 |

## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: Craig Bland | Inmate number: 349231 |
|---|---|

| Facility/Unit: MacDougall | Housing unit: I-72 | Date: 7/23/16 |
|---|---|---|

Submitted to: Mental health

Request: • My moods are up and down and it's hard to focus most times of the day. • I have too many headaches maybe from alot of stress • My balance is off alot • I wake up 6-7 times a night. I've seen my social worker and none of the homework helps for stress related issues and sleeping problems.

**continue on back if necessary**

Previous action taken:

**continue on back if necessary**

| Acted on by (print name): | Title: |
|---|---|

Action taken and/or response:

You are scheduled to see the Dr.

Sally K.

**continue on back if necessary**

| Staff signature: | Date: |
|---|---|

c-16

Exhibit



# Inmate Administrative Remedy Form

**Connecticut Department of Correction**

CN 9602
REV 8/22/13

| Facility/Unit: N.H.C.C | Date: 11-27-15 |

| Inmate name: Craig Bland | Inmate number: 349231 |

| **SECTION 1** | **SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.** |

Follow the instructions (for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).

**A.** ☐ **I am filing a Grievance.**
Prior to filing a grievance, you must attempt informal resolution. Attach a copy of CN 9601, Inmate Request Form with the staff member's response <u>OR</u> state in Section 4 the reason why the form is not attached. Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.    >    Refer to Section 2 below

**B.** ☒ **I am requesting a Health Services Review:** ☒ Diagnosis/Treatment    >    Complete Section 4   >>>>
☒ All Other Health Care Issues    >

**C.** ☐ **I am filing an Appeal of a (select one below):**
Appeals must be filed within 15 days of notification of a decision.

| ☐ Disciplinary Action | | > | Complete Section 3 below |
| ☐ Special Management Decision | ☐ Classification Decision | | |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > | |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > | Complete Section 4   >>>> |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |
| ☐ Determination of Retroactive RREC Credits | ☐ Rejection of Correspondence | | |

| **SECTION 2** | **OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE** |

Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side. >>>

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently. *Forward to*
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page. *New Haven*
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

| **SECTION 3** | **DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY** |

You may file a Disciplinary Appeal <u>ONLY</u> if you have pleaded not guilty and have been found guilty at a disciplinary hearing. If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |

| Facility where hearing was conducted: | Date of hearing: |

| Did you have an advocate?   ☐ yes   ☐ no | If yes, name of advocate: |

| Did you identify witness(es) to the investigator?   ☐ yes   ☐ no | Did your witness(es) testify?   ☐ yes   ☐ no |

Name(s) of any witness(es):

| **CONFIDENTIAL**<br>(FOR OFFICIAL USE ONLY) | Inmate name: |  |
|---|---|---|
|  | Inmate number: | Housing: |

| **SECTION 4** | STATE THE PROBLEM AND REQUESTED RESOLUTION |
|---|---|

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT. On Nov 1st 2015 around 5:30 a.m Nurse Angie & Margo 3rd shift gave me David Murphy #271825 medicine which was 4 mg of Buelumorphine. After taking this medicine, I realied Nurse Angie & Margo gave me another Inmates medicine beccause Nurse Angie asked me " Are you still Detoxing Because this is your last Dose ?" I yelled "No" and said " I never Detoxed in my life " Then I started to Panic asking " what medicine did you give me ?" Thinking it was dor Pain from an incident that happened 2 days Prior. Then Nurse Angie asked me for my name & Inmate# coming to realize, she gave perscribed medicine to the wrong Inmate. Both Nurses would then not answer any of my Questions about my Health, then had me escorted back to segregation where I suffered from a Drug that was perscribed to a different Inmate. This drug lest me physically sick for 48 hrs throwing up and uncontrollably dizzy leading me faint to the floor hitting my head on the desk 30 min after leaving medical taking the medicine. After getting up, I yelled for help and C/O Francheshi told me to "Lay back down again because medical told me the medicine given to you had no effects." After seeing my forehead injured, he again Denied me medical Attention and refused to call back to medical after passing out and injuring myself. I notisied all touring officers in Unit Foxtrot Between Nov 1st and 3rd and I continued to receive no help until L.T Russell passed by Nov 3rd, he quickly Injured, I would like the propper medical Attention I'm entitled to and answers to all my Questions consering my health & I waited well pass 15 business days for a response to this issue from medical & Lt Russell and received no response. These are reasons why my CN 9601's are not Attached.

| Inmate signature: | Date: 11-27-15 |
|---|---|

**For all remedies except health services, deposit this form in the Administrative Remedies box.**
**For a health services issue, deposit this form in the Health Services box.**

| **SECTION 5** | DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW |
|---|---|

| Date Received: 2/24/16 | IGP #: 9515 | T#: |
|---|---|---|

| Disposition: Returned W.thout Disposition | Date of Disposition: 5-15-16 |
|---|---|

Reason: Inmate was evaluated by nursing staff immediately following the accidental dosing & no ill effects were noted. Following this incident I/m Bland was seen by either Medical Doctor or nursing staff approximately 9 times, no documentation of Inmate Bland mentioning this occurance.

| ☐ You have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to: |
|---|---|

| Signature: Tawanna Furhill | Date: 5-15-16 |
|---|---|

Exhibit

E



# Appeal of Health Services Review
## Connecticut Department of Correction

CN 8901
REV 6/30/09

Inmate name: Craig Bland

Inmate number: 349231

Facility/Unit: M-C-I

Housing unit: Q-40

Date: 1-6-16

This form may only be used to appeal a Health Services Administrator's (HSA) decision pursuant to the provisions of Administrative Directive 8.9, Health Services Review, Section 11, pertaining to a practice, procedure or policy; or, to an allegation of staff misconduct. You must appeal within 10 days of receiving the HSA decision. Attach Form CN 9602, Inmate Administrative Remedy Form, containing the Health Services Administrator's decision (and any other documents that may be relevant) to this form, and state below why you are appealing that decision. Deposit the completed appeal and attachments in the 'Health Services' box.

### APPEAL OF HEALTH SERVICES ADMINISTRATOR'S DECISION

i am appealing the decision because (use the back if necessary): I have not received a Disposition on a Level-1 - Administrative remedy Dated 11-27-15 within 30 business days.

Inmate signature: _____

Date: 1-6-16

### FOR OFFICIAL USE ONLY – DESIGNATED FACILITY HEALTH SERVICES DIRECTOR

Date received:

Disposition:

Date of disposition:

Reasons: ✳ Cannot file an appeal if original remedy was not answered

Designated Facility Health Services Director signature: nor can Diagnosis Date: and Tx be appealed

☐ This may be appealed within 10 days to the DOC Director of Health and Addiction Services.

☐ You have exhausted the Department's Administrative Remedies. Further appeals will not be answered.

### APPEAL OF DESIGNATED FACILITY HEALTH SERVICES DIRECTOR'S DECISION

I am appealing the decision because (use the back if necessary): I still have not received a response to a Level-2 - Administrative remedy Dated 1-6-16 within 30 business days.

Inmate signature: _____

Date: 2-19-16

*** Deposit your appeal in the Health Services Box ***

### FOR OFFICIAL USE ONLY – DOC DIRECTOR OF HEALTH AND ADDICTION SERVICES

Date received:

Disposition:

Date of disposition:

Reasons:

Director of Health and Addiction Services:

E

# Inmate Grievance Appeal Form - Levels 2/3
## Connecticut Department of Correction

CN 9604
REV 1/31/09

| Inmate name: _Craig Bland_ | | Inmate number: 34923) |
|---|---|---|
| Facility/Unit: _N.H.C.C_ | Housing unit: _A-L-2_ | Date: _1-6-16_ |
| IGP number: | T number: | |

Use this form to appeal a Level 1 decision. CN 9602, Inmate Administrative Remedy Form and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the "Administrative Remedies" box.

### Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because: _I have not received a Disposition on a level -1 Administrative remedy ~~~ Dated 11-27-15._

Inmate signature: _C. Bland_        Date: _1-6-16_

### FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

| Date received: | Disposition: | Date of disposition: |
|---|---|---|

Reasons: _* Cannot appeal if remedy not answered ~ nor can DX & TX be appealed_

Level 2 reviewer:

☐ This grievance may be appealed within 5 days to Level 3.

☐ You have exhausted the Department's Administrative Remedies. Appeal to Level 3 will not be answered.

### Appeal of Level 2 Decision to Level 3

I am appealing the Level 2 decision because:

Inmate signature:        Date:

Deposit your appeal in the "Administrative Remedies" box.

### FOR OFFICIAL USE ONLY - LEVEL 3 REVIEW

| Date received: | Disposition: | Date of disposition: |
|---|---|---|

Reasons:

Level 3 reviewer:

E-2

# Inmate Grievance Appeal Form - Levels 2/3
## Connecticut Department of Correction

CN 9604
REV 1/31/09

| Inmate name: | | Inmate number: 349231 |
|---|---|---|

| Facility/Unit: N.H.C.C  M-C | Housing unit: M2-87 | Date: 5-15-16 |
|---|---|---|

| IGP number: 9515 | T number: |
|---|---|

Use this form to appeal a Level 1 decision. CN 9602, Inmate Administrative Remedy Form and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the "Administrative Remedies" box.

### Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because: After consuming David Marsh # 271826 prescribed medication, there was no Health assessment of my health by nurse Miss R/o Franchesk who made aware of symptoms, he contacted health service provider who denied to me access to medical. 3 days later I was e Seen for medical after monitoring the response stopped times to complaints of safety, sickness and pain, I was denied treatment with the x, by recommended Health Service sheets

| Inmate signature: | Date: 5-15-16 |
|---|---|

### FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

| Date received: 5/23/16 | Disposition: No further action | Date of disposition: 5/25/16 |
|---|---|---|

Reasons: I/m seen immediately after incident for monitoring of vital signs and well-being. Inmate did not display any ill effects and vital signs remained within normal limits. No further action required. Documentation in chart.

| Level 2 reviewer: | |
|---|---|

| ☐ | This grievance may be appealed within 5 days to Level 3. |
|---|---|
| ☑ | You have exhausted the Department's Administrative Remedies. Appeal to Level 3 will not be answered. |

### Appeal of Level 2 Decision to Level 3

I am appealing the Level 2 decision because:

| Inmate signature: | Date: |
|---|---|

Deposit your appeal in the "Administrative Remedies" box.

### FOR OFFICIAL USE ONLY - LEVEL 3 REVIEW

| Date received: | Disposition: | Date of disposition: |
|---|---|---|

Reasons:

Level 3 reviewer:

E-3

Exhibit

F

HR 925 02/2011
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

**PHYSICIAN'S ORDERS**

| INMATE NUMBER: | 3 4 9 2 3 | | DATE OF BIRTH: 6/29/90 |
|---|---|---|---|
| INMATE NAME (LAST, FIRST, INITIALS): BLAND CRAIG | | | |
| SEX: (M) F | RACE/ETHNIC: (B) W H O | FACILITY: NCCI 13? | |

**DRUG ALLERGIES/HYPERSENSITIVITIES:** NKDA

| Date & Time | ORDERS — Prescriber Signature & Title/Nurse Signature & Title | Priority Code: (Circle one) Contingency or Routine | Admin. Code: (Circle one) KOP or DOT | Medication Order(s) Scanned to Pharmacy: Date/Time/Initials |
|---|---|---|---|---|
| 4/8/16 10:40A | Ibuprofen 600mg PO BID PRN x 30 days. OMPRAKASH PILLAI M.D. | C (R) | (K) D | |
| | | C R | K D | |
| | Back Wrist } Exercise Instructions Ankle/Achilles. OMPRAKASH PILLAI M.D. | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |
| 7/29/16 11:30A | Tylenol 650mg PO BID x 90 days } HA/ Indsaid 70mg PO PTD x 90 days } LBP. OMPRAKASH PILLAI M.D. | C (R) (C) (R) | (K) D (K) D | |
| | | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |

MEDICATIONS WILL BE DISPENSED ACCORDING TO BRANDS STOCKED IN THE PHARMACY.
AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT UNDER THE CMHC FORMULARY SYSTEM.